AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Noble Saquan Tarkee El Bey, | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 3:20-cv-02077-JMC |

Tyler Bryant Brown *Solicitor for Sumter County in his individual capacity*; James C. Campbell *Clerk of Court in his individual capacity*; Pam Haynesworth *Chief Deputy Clerk in her individual capacity*; Robert D. Beckford, Jr. *Senior Detective for Sumter County in his individual capacity*; Ricky L. Morse *Detective for Sumter County*,

*Defendants*

)
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Noble Saquan Tarkee El Bey, shall take nothing of the defendants, Tyler Bryant Brown *Solicitor for Sumter County in his individual capacity*, James C. Campbell *Clerk of Court in his individual capacity*, Pam Haynesworth *Chief Deputy Clerk in her individual capacity*, Robert D. Beckford, Jr. *Senior Detective for Sumter County in his individual capacity* and Ricky L. Morse *Detective for Sumter County*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J, Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   July 20, 2020                              *ROBIN L. BLUME, CLERK OF COURT*


                                                          s/L. Baker
                                         _____
                                            *Signature of Clerk or Deputy Clerk*